JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VICTORINO NAVA SANCHEZ,
Petitioner,
v.
WARDEN, CENTRAL VALLEY ANNEX, et al.,
Respondents.

Case No. 5:26-cv-04674-AH-KES

ORDER TRANSFERRING CASE TO EASTERN DISTRICT OF CALIFORNIA

On August 17, 2026, Victorino Nava Sanchez ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging Petitioner's detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). The Petition alleges that Petitioner is being unlawfully detained by ICE at the Central Valley Annex in McFarland, California. (Id. at 8, ¶ 12); see also ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (A# 204-560-754 (Mexico), last accessed Aug. 18, 2026).

A habeas petition filed under § 2241 must be heard in the custodial court, i.e.,

the court in the district where the petitioner is confined. See Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000). McFarland, California is in Kern County, which is in the Eastern District of California. See Kern County, CA Government Website, https://www.kerncounty.com/government/gis-menu/interactive-county-map-gis-tool (map showing cities in Kern County, including McFarland); 28 U.S.C. § 84(b) (stating that Kern County is in the Eastern District of California). Venue is therefore proper in that district. The Court finds that transferring this action to the Eastern District of California is in the interests of justice.

IT IS THEREFORE ORDERED that the Clerk of the Court transfer this case to the United States District Court for the Eastern District of California.[1]

DATED: August 18, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] "Because a transfer of venue does not address the merits of the parties' claims, but simply changes the forum of an action, courts routinely find that it is a non-dispositive matter that is within a magistrate judge's authority to order without the approval of a district judge." Boswell v. Foss, No. 20-cv-3469-JAK-PVC, 2020 WL 8619785 at *1 n.1, 2020 U.S. Dist. LEXIS 250650 at *1 n.1 (C.D. Cal. Apr. 17, 2020) (collecting cases).